**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur F Gerth,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jonathan DeVries, et al.,<br><br>　　　　　Defendants. | No. CV-17-01980-PHX-DJH (ESW)<br><br>**ORDER** |

The Court received Plaintiff's "Inquiry" which was not filed with the Clerk of Court or copied on the Defendants as required by the Federal Rules of Civil Procedure. The Court will strike the document. The Court notes that Plaintiff's question regarding why an Order did not issue directing the Defendants to respond to Plaintiff's Motion for Summary Judgment is moot. Represented parties are not entitled to Rand warnings. *See Rand v. Rowland*, 154 F. 3d 952, 962 (9th Cir. 1998) (en banc). Defendants filed their Response to Plaintiff's Motion for Summary Judgment on July 3, 2018.

The Clerk of Court shall file Plaintiff's "Inquiry" document.

IT IS ORDERED striking Plaintiff's "Inquiry."

Dated this 9th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*
　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge