**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur F Gerth,<br><br>    Plaintiff,<br><br>v.<br><br>Jonathan DeVries, et al.,<br><br>    Defendants. | No. CV-17-01980-PHX-SMB (ESW)<br><br>**ORDER** |

      On October 31, 2018 and November 29, 2018, the Court issued Orders (Docs. 75, 82) which were mailed to the Plaintiff at his address as reflected in Plaintiff's Notice of Change of Address filed July 13, 2018 (Doc. 73). On November 13, 2018, the Court's Order (Doc. 75) was returned with the following notation from the United States Postal Service ("USPS"): "Return to Sender/Attempted-Not Known/Unable to Forward." (Doc. 76). On December 6, 2018, the Court's Order (Doc. 82) was returned with a hand-written notation: "Return to Sender/Not at this Address." (Doc. 86).

      By Order issued August 8, 2017, the Court advised the Plaintiff that "Plaintiff must file and serve a notice of a change of address in accordance with Rule 83.3(d) of the Local Rules of Civil Procedure…. Failure to comply may result in dismissal of this action." (Doc. 5 at 5). Plaintiff is aware of the Court's warning as evidenced by several Notices of Change of Address filed in this matter (Docs. 40, 46, 73). As of the date of filing of this Order, Plaintiff has not filed an updated Notice of Change of Address as required.

| | |
|---|---|
| 1 | **IT IS ORDERED** that the Plaintiff show cause no later than January 11, 2019 why |
| 2 | this case should not be dismissed for Plaintiff's failure to (i) abide by the Court's Order, |
| 3 | and (ii) prosecute the case pursuant to Fed. R. Civ. P. 41 (b). |
| 4 | Dated this 21st day of December, 2018. |

*/s/ Eileen S. Willett*
Eileen S. Willett
United States Magistrate Judge