**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arthur F Gerth,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jonathan DeVries, et al.,<br><br>　　　　　Defendants. | No. CV-17-01980-PHX-SMB (ESW)<br><br>**ORDER** |

The Court has received Plaintiff's "Motion to Show Cause" (Doc. 90) which the Court deems a timely response to its Order (Doc. 87). The Court finds that the Plaintiff has shown adequate cause to allow his case to proceed.

**IT IS ORDERED** affirming Settlement Conference set for January 30, 2019 at 1:30 p.m. before U.S. Magistrate Judge John Z. Boyle in Courtroom 302, 401 W. Washington Street, Phoenix, AZ 85003.

Dated this 15th day of January, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　Honorable Eileen S. Willett
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge